SABRINA G. WIBICKI, ESQ.
Nevada Bar No. 10669
ATKINSON WATKINS & HOFFMANN, LLP
10789 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89135
Telephone: 702-562-6000
Facsimile: 702-562-6066
Email: swibicki@awhlawyers.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EARL BRAXTON and VIRGINIA BRAXTON,<br><br>Plaintiffs,<br><br>v.<br><br>MOSHIR ELHABBAL; ES EXPRESS LINES, INC.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01816-APG-VCF |

## STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

COME NOW, Plaintiffs EARL BRAXTON and VIRGINIA BRAXTON, by and through

their attorneys of record, Sabrina G. Wibicki, Esq. and the law firm of Atkinson Watkins &

Hoffmann, LLP, and Defendants MOSHIR ELHABBAL and ES EXPRESS LINES, INC., by and

through their attorneys of record, Christian Moore, Esq. and the law firm of Lemons, Grundy &

Eisenberg, and submit this Stipulation for Extension of Time as follows:

IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiffs to file their Response to Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction and Improper Venue [Document No. 7] be extended from September 8, 2017 to September 15, 2017.

DATED this 7th day of September, 2017.

ATKINSON WATKINS & HOFFMANN, LLP

/ s / Sabrina G. Wibicki

_____
SABRINA G. WIBICKI, ESQ.
Nevada Bar No. 10669
10789 W. Twain Avenue, Suite 100
Las Vegas, NV 89135
*Attorneys for Plaintiffs*

DATED this 7th day of September, 2017.

LEMONS, GRUNDY & EISENBERG

/ s / Christian L. Moore

_____
CHRISTIAN L. MOORE, ESQ.
Nevada Bar No. 3777
6005 Plumas Street, Third Floor
Reno, NV 89519
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

Dated: _September 7, 2017_____

_____
UNITED STATES DISTRICT JUDGE