# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EARL BRAXTON and VIRGINIA BRAXTON,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MOSHIR ELHABBAL and ES EXPRESS LINES, INC.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-01816-APG-VCF<br><br>**ORDER DENYING AS MOOT MOTION TO STAY PROCEEDINGS**<br><br>(ECF No. 20) |

In light of my rulings during the November 2, 2017 hearing,

IT IS ORDERED that the defendants' motion to stay proceedings **(ECF No. 20)** is **DENIED as moot**.

DATED this 3rd day of November, 2017.

　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE