MATTHEW W. HOFFMANN, ESQ.
Nevada Bar No. 9061
California Bar No. 243476
SABRINA G. WIBICKI, ESQ.
Nevada Bar No. 10669
ATKINSON WATKINS & HOFFMANN, LLP
10789 W. Twain Avenue, Suite 100
Las Vegas, Nevada 89135
Telephone: 702-562-6000
Facsimile: 702-562-6066
Email: mhoffmann@awhlawyers.com
swibicki@awhlawyers.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EARL BRAXTON and VIRGINIA BRAXTON,<br><br>Plaintiffs,<br><br>v.<br><br>MOSHIR ELHABBAL; ES EXPRESS LINES, INC.; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01816-APG-VCF |

**STIPULATION AND ORDER TO TRANSFER VENUE**

COME NOW, Plaintiffs EARL BRAXTON and VIRGINIA BRAXTON, by and through their attorneys of record, Matthew W. Hoffmann, Esq. and Sabrina G. Wibicki, Esq. of the law firm of Atkinson Watkins & Hoffmann, LLP, and Defendants MOSHIR ELHABBAL and ES EXPRESS LINES, INC., by and through their attorneys of record, Christian Moore, Esq. of the law firm of Lemons, Grundy & Eisenberg, and submit this Stipulation for Transfer of Venue as follows:

IT IS HEREBY STIPULATED AND AGREED that a lawsuit relative to the above-referenced matter was filed on June 30, 2017 in the United States District Court for the District of Nevada.

IT IS HEREBY STIPULATED AND AGREED that, based on the representations by the parties regarding the location of the subject collision (San Bernadino County) and the Defendant driver's purpose and route for the subject trip, both of which give rise to the allegations set forth in the Complaint filed in this action, the above-captioned matter be transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404, which provides:

> For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.

IT IS HEREBY STIPULATED AND AGREED that all pretrial deadlines before the United States District Court for the District of Nevada be stayed pending the requested transfer and, upon granting of the same, the parties will coordinate new deadlines for filing with the United States District Court for the Central District of California.

| | |
|---|---|
| DATED this 30th day of January, 2018. | DATED this 30th day of January, 2018. |
| ATKINSON WATKINS & HOFFMANN, LLP | LEMONS, GRUNDY & EISENBERG |
| / s / Sabrina G. Wibicki, Esq. | / s / Christian L. Moore, Esq. |
| MATTHEW HOFFMANN, ESQ.<br>Nevada Bar No. 9061<br>California Bar No. 243476<br>SABRINA G. WIBICKI, ESQ.<br>Nevada Bar No. 10669<br>10789 W. Twain Avenue, Suite 100<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiffs* | CHRISTIAN L. MOORE, ESQ.<br>Nevada Bar No. 3777<br>California Bar No. 146389<br>6005 Plumas Street, Third Floor<br>Reno, NV 89519<br>*Attorneys for Defendants* |

## **ORDER**

Good cause being shown therefore,

IT IS HEREBY ORDERED that, by stipulation and consent between the parties, and in furtherance of the interests of justice, this action shall be, and hereby is, transferred from the United States District Court for the District of Nevada to the United States District Court for the Central District of California.

Dated: 1/30/2018

_____
UNITED STATES DISTRICT JUDGE